UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MARTIN FULLER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Petitioners and Plaintiffs,<br><br>v.<br><br>IMPERIAL HOLDINGS et al.,<br><br>    Defendant. | Civil Action No. 11-81184-CIV-MARRA<br><br>Honorable Kenneth A. Marra |

**ORDER AUTHORIZING SECOND DISTRIBUTION OF NET SETTLEMENT FUND**

WHEREAS:

1. By Order and Final Judgment dated December 16, 2013 (D.E. 95), the Court approved, among other things, the Settlement of the captioned securities class action.

2. On August 14, 2014, the Court entered the Order Authorizing the Distribution of the Net Settlement Fund ("Distribution Order") (D.E. 99).

3. On October 9, 2014, an initial distribution of the Net Settlement Fund was made to Authorized Claimants by The Garden City Group, LLC[1] ("Claims Administrator" or "GCG").

4. The outreach campaigns to Claimants with uncashed and undeliverable initial distribution checks have been completed, and the balance remaining in the Net Settlement Fund is $49,843.68.

5. On October 7, 2015, Lead Plaintiffs submitted a Motion for an Order Authorizing a Second Distribution of the Net Settlement Fund, as well as payment to the Claims Administrator for fees and expenses incurred during the initial distribution, and anticipated future fees and expenses associated with a second distribution.

NOW, THEREFORE, upon review of Lead Plaintiffs' Motion for an Order Authorizing a Second Distribution of the Net Settlement Fund, the declaration of Jennifer M. Keough ("Keough Declaration"), and all other exhibits and papers submitted in support thereof, and because good cause appears for the relief requested, it is hereby

ORDERED, as follows:

A. The amount of $13,424.54 shall be paid from the Net Settlement Fund to the Claims Administrator for its fees and expenses that were incurred during the initial distribution in excess of the fees and expenses previously authorized by the Distribution Order;

B. The amount of $5,000 shall be paid from the Net Settlement Fund to the Claims Administrator for its anticipated future fees and expenses through the end of the second distribution;

---

[1] Previously, The Garden City Group, Inc.

C. The remaining $31,419.14 in the Net Settlement Fund is to be distributed on a pro rata basis to Authorized Claimants who cashed checks in the initial distribution, and who are eligible to receive $10.00 or more in a second distribution;

D. All distribution checks issued to Authorized Claimants shall bear the notation: "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION IF NOT CASHED WITHIN 90 DAYS AFTER ISSUE DATE";

E. If economically feasible, any funds remaining in the Net Settlement Fund after the second distribution shall be donated to an appropriate Section 501(c)(3) organization selected by Lead Counsel in consultation with Defendants' Counsel.

SO ORDERED.

DATED: _10/27_, 2015

_____
THE HONORABLE KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE